UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| FRANCIS J. DAUSCHA, III, | ) |
| Plaintiff, | ) |
| | ) Case No. 4:13-cv-50-HSM-SKL |
| v. | ) |
| UP COMMUNICATIONS SERVICES, LLP, | ) |
| Defendant. | ) |

## ORDER

Before the Court is a motion to intervene as plaintiff filed by the Chapter 13 Trustee, C. Kenneth Still ("Trustee") [Doc. 34]. Defendant opposed the motion in a lengthy response raising several arguments [Doc. 36]. Neither Trustee nor Plaintiff filed a timely reply to Defendant's opposition. Trustee is hereby **ORDERED** to file a reply addressing the arguments raised by Defendant within **7 days** of this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE